Hon. James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CORY CUMMINS AND SAVANNAH CUMMINS,<br><br>           Plaintiffs,<br><br> v.<br><br>SOLGEN POWER LLC and VERITY CREDIT UNION<br><br>           Defendants. | No. 3:23-cv-05363<br><br>STIPULATED MOTION AND **JLR** (~~PROPOSED~~ ORDER) FOR EXTENSION OF DEADLINES FOR INTIIAL DISCLOSURES, JOINT STATUS REPORT, AND EARLY SETTLEMENT (Dkt No. 5)<br><br><br>NOTING DATE FOR:<br><br>May 24, 2023 |

Plaintiffs, Cory Cummins and Savannah Cummins and Defendant Solgen Power, LLC, together (the "Parties"), by their respective counsel, stipulate pursuant to Local Civil Rule 7(j) agree to extend the deadlines for initial disclosures, joint status report and early settlement as follows:

1.     Plaintiff and Defendant discussed and agreed to the need to extend the deadlines for the Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dkt No. 5). The Parties stipulate that the following deadlines be continued:

| Event | Current Deadline | Extended Deadline |
|---|---|---|
| Deadline for FRCP 26(f) Conference | 5/26/2023 | 6/30/2023 |

STIPULATED MOTION TO EXTEND
DEADLINES - 1

| Initial Disclosures Pursuant to FRCP 26(a)(1) | 6/9/2023 | 7/14/2023 |
|---|---|---|
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | 6/16/2023 | 7/28/2023 |

3. There have been no prior requests to extend the deadlines to extend the deadlines and these extensions would allow all parties to receive process service before compliance with these court deadlines.

5. The parties seek the Court's permission to adjust the initial schedule as described herein.

Respectfully submitted this 24th day of May 20213

Stipulated to by:

/s/ Christina L Henry
Christina L Henry, WSBA 31273
HENRY & DEGRAAFF, PS
Counsel for Plaintiffs
119 1st Ave, Ste 500
Seattle, WA 98104
206-330-0595 / Fax 206-400-7609
 chenry@hdm-legal.com

__/s/ Douglas E. Mckinley___
Douglas E. Mckinley, WSBA # 20806
8350 W. Grandridge Boulevard
Suite 200-431
Kennewick, WA 99336
(509) 6285-0809 phone
(509) 392-8083 fax
doug@mckinleylaw.com

STIPULATED MOTION TO EXTEND
DEADLINES - 2

**ORDER**

After reviewing the stipulation by the parties for an Order extending the deadlines for

initial disclosures, joint status report and early settlement (Docket No. 5), and good cause

appearing, therefore, it is HEREBY,

ORDERED that

1. The deadlines for initial disclosures, joint status report and early settlement
   (Docket No. 5) are extended as follows:
2.

| Event | New Deadlines |
|-------|---------------|
| Deadline for FRCP 26(f) Conference | 6/30/2023 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | 7/14/2023 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | 7/28/2023 |

DATED this 25 day of ____May____, 2023

_____
Hon. James L. Robart
United States District Court Judge

STIPULATED MOTION TO EXTEND
DEADLINES - 3