Douglas E. McKinley
8350 W Grandridge Boulevard
Suite 200-431
Kennewick, Washington 99336
(509) 628-0809 phone
(509) 392-8083 fax
Attorney for SOLGEN POWER, LLC

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CORY CUMMINS AND SAVANNAH CUMMINS,<br><br>  Plaintiff,<br><br>vs.<br><br>SOLGEN POWER LLC and VERITY CREDIT UNION,<br><br>  Defendant | Case No. 3:23-cv-05363-JLR<br><br>NOTICE OF APPEARANCE |

TO: THE CLERK OF THE ABOVE-ENTITLED COURT

AND TO: Christina Latta Henry, Attorney for Plaintiff

     YOU AND EACH OF YOU will please take notice and be advised that the undersigned herewith appear as attorney of record for Defendant, VERITY CREDIT UNION, without waiving any defects as to jurisdiction, improper venue, misjoinder or nonjoinder and hereby request that any and all further pleadings or

NOTICE OF APPEARANCE - 1

1  notices of any nature or kind whatsoever affecting the rights of this Defendant, be

2  served upon the undersigned counsel at the address below stated.

3  Dated this 30th day of May 2022.

4

5  /s Douglas McKinley
Douglas E. McKinley, WSBA #20806
6  8350 W Grandridge Boulevard
Suite 200-431
7  Kennewick, Washington 99336
(509) 628-0809 phone
8  (509) 392-8083 fax
Email: doug@mckinleylaw.com

9

10

11

12

13

14

15

16

17

18

19

20

NOTICE OF APPEARANCE - 2

SERVICE CERTIFICATE

I certify that on May 30, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will notify the following:

Christina Latta Henry
HENRY & DEGRAAFF PS
113 CHERRY ST
PMB 58364
SEATTLE, WA 98104-2205
Attorney for the Plaintiffs

/s Douglas McKinley
Douglas E. McKinley, WSBA #20806
8350 W Grandridge Boulevard
Suite 200-431
Kennewick, Washington 99336
(509) 628-0809 phone
(509) 392-8083 fax
Email: doug@mckinleylaw.com

NOTICE OF APPEARANCE - 3