Hon. James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CORY CUMMINS AND SAVANNAH CUMMINS,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>SOLGEN POWER LLC and VERITY CREDIT UNION<br><br>　　　　　Defendants. | No. 3:23-cv-05363　　JLR<br><br>SECOND STIPULATED MOTION AND [~~PROPOSED~~] ORDER FOR EXTENSION OF DEADLINES FOR INTIAL DISCLOSURES, JOINT STATUS REPORT, AND EARLY SETTLEMENT (Dkt No. 5)<br><br>NOTING DATE FOR:<br><br>JUNE 28 2023 |

Plaintiffs, Cory Cummins and Savannah Cummins and Defendants Solgen Power, LLC, and Verity Credit Union together (the "Parties"), by their respective counsel, stipulate pursuant to Local Civil Rule 7(j) to request a second extension of deadlines for initial disclosures, joint status report and early settlement as follows:

　　1.　　The Parties discussed and agreed on the need to request a second extension of the deadlines for the Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dkt No. 8) out an additional sixty days. The Parties stipulate that the following deadlines be continued:

| Event | Current Deadline | Extended Deadline |
|---|---|---|
| Deadline for FRCP 26(f) Conference | 6/30/2023 | 8/30/2023 |

SECOND STIPULATED MOTION AND ORDER TO EXTEND
DEADLINES - 1

| Initial Disclosures Pursuant to FRCP 26(a)(1) | 7/14/2023 | 9/14/2023 |
|---|---|---|
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | 7/28/2023 | 9/28/2023 |

3. This is the second request to extend the deadlines for initial disclosures, joint status report and early settlement (Docket No. 5). The request to extend deadlines was made on May 24, 2023 and the court granted the stipulated order on May 26, 2023 (Dkt No. 8).

4. The Parties have good cause for this second extension of the deadlines as the parties have all consented to process service of the summons and complaint via a waiver of service on filed for each defendant on May 31, 2023. The waiver of service allows the Defendants sixty days to answer the complaint and to conserve attorney and judicial resources, the Parties believe a sixty-day extension of the current deadlines would be appropriate.

5. Thus, the Parties seek the Court's permission to adjust the initial schedule as described herein.

Respectfully submitted this 28th day of June 2023

Stipulated to by:

/s/ Christina L Henry
Christina L Henry, WSBA 31273
HENRY & DEGRAAFF, PS
Counsel for Plaintiffs
119 1st Ave, Ste 500
Seattle, WA 98104
206-330-0595 / Fax 206-400-7609
 chenry@hdm-legal.com

　/s/ Douglas E. Mckinley
Douglas E. Mckinley, WSBA # 20806
8350 W. Grandridge Boulevard
Suite 200-431
Kennewick, WA 99336
(509) 6285-0809 phone
(509) 392-8083 fax
doug@mckinleylaw.com

SECOND STIPULATED MOTION AND ORDER TO EXTEND DEADLINES - 2

# ORDER

After reviewing the second stipulation by the Parties for an Order extending the deadlines for initial disclosures, joint status report and early settlement (Docket No. 5) and the stipulated order extending deadlines (Dkt No. 8), and good cause appearing, therefore, it is HEREBY,

ORDERED that

1. The deadlines for initial disclosures, joint status report and early settlement (Docket No. 5) and (Dkt No. 8) are extended as follows:
2. 

| Event | New Deadlines |
|---|---|
| Deadline for FRCP 26(f) Conference | 8/30/2023 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | 9/14/2023 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | 9/28/2023 |

DATED this 29th day of June, 2023

*[signature]*

Hon. James L. Robart
United States District Court Judge