Douglas E. McKinley
8350 W Grandridge Boulevard
Suite 200-431
Kennewick, Washington 99336
(509) 628-0809 phone
(509) 392-8083 fax
Attorney for SOLGEN POWER, LLC

The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CORY CUMMINS AND SAVANNAH CUMMINS,<br><br>       Plaintiff,<br><br>vs.<br><br>SOLGEN POWER LLC and VERITY CREDIT UNION,<br><br>       Defendant | Case No. 3:23-cv-05363-JLR<br><br>**DECLARATION OF DOUGLAS MCKINLEY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6), AND ALTERNATIVELY, MOTION TO COMPEL ARBITRATION**<br><br>**Note on Motion Calendar:<br>September 1, 2023**<br><br>**Oral Argument Requested** |

DECLARATION OF DOUGLAS MCKINLEY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. RULE 12(B)(6), AND ALTERNATIVELY, MOTION TO COMPEL ARBITRATION
- 1

I, Douglas E. McKinley, Jr., do hereby declare and state as follows:

1. I am over the age of eighteen, and am otherwise competent to testify.

2. The following facts are all based on my first had experience and knowledge.

3. I am the attorney for the Defendants Solgen Power, LLC and Verity Credit Union in this matter.

4. Within their Complaint, the Plaintiffs, Cory Cummins and Savannah Cummins, recite that on April 24, 2022 they entered into a written agreement with Defendant Solgen Power, LLC for the installation of a roof-top solar system on the Cummins' home. (ECF 1, ¶ 6). Attached herewith as Exhibit 1 is a copy of that written agreement signed by the Plaintiffs, Cory Cummins and Savannah Cummins.

5. Within their Complaint, the Plaintiffs, Cory Cummins and Savannah Cummins, recite that on April 24, 2022 they entered into a loan agreement with Verity Credit Union to finance the solar system. (ECF 1, ¶ 12). Attached herewith as Exhibit 2 is a copy of that loan

agreement signed by the Plaintiffs, Cory Cummins and Savannah Cummins.

I swear under the pains and penalties of perjury that the forgoing is true to the best of my knowledge.

DATED this 25th day of July 2023

/s Douglas E. McKinley, Jr.

Douglas E. McKinley, Jr., WSBA #20806
8350 W Grandridge Boulevard
Suite 200-431
Kennewick, Washington 99336
(509) 628-0809 phone
(509) 392-8083 fax
Email: doug@mckinleylaw.com

DECLARATION OF DOUGLAS MCKINLEY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. RULE 12(B)(6), AND ALTERNATIVELY, MOTION TO COMPEL ARBITRATION
- 3