Douglas E. McKinley
8350 W Grandridge Boulevard
Suite 200-431
Kennewick, Washington 99336
(509) 628-0809 phone
(509) 392-8083 fax
Attorney for SOLGEN POWER, LLC

The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CORY CUMMINS AND SAVANNAH CUMMINS,<br><br>       Plaintiff,<br><br>vs.<br><br>SOLGEN POWER LLC and VERITY CREDIT UNION,<br><br>       Defendant | Case No. 3:23-cv-05363-JLR<br><br>**PROPOSED ORDER** |

PROPOSED ORDER - 1

Check One:

\_\_\_\_ Upon Defendant's Motion to Dismiss pursuant to CR 12(b)(6), the Court having been fully apprised of the proceedings, the Court hereby dismisses all claims with prejudice for failure to state a claim upon which relief may be granted.

\_\_\_\_ Upon Defendant's Motion to Dismiss pursuant to CR 12(b)(6), the Court having been fully apprised of the proceedings, the Court hereby dismisses all claims with prejudice and directs the Parties to arbitrate their dispute by binding arbitration in accordance with the rules of the American Arbitration Association under construction industry arbitration rules, as set forth in the Contract between the Parties. As further set forth in the Contract between the Parties, the substantive law of Washington State will apply to such arbitration without respect to any conflict of law's provisions, and the arbitration will be conducted in Franklin County Washington.

Dated this \_\_\_\_\_ day of _____, 2023

_____
Hon. James L. Robart
United States District Court Judge

PROPOSED ORDER - 2